UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAKIEA L. ROBINSON,<br><br>                           Plaintiff,<br><br>-against-<br><br>SEDGWICK CLAIMS MANAGEMENT SERVICE; INDEMNITY INS. OF N. AMERICA; DAVID PRESPITINO; DIANNA HOLLERHAN; JOHN SWEENY; COCA-COLA,<br><br>                         Defendants. | 23cv10782 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the May 28, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 28, 2024
           New York, New York

                                                  /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                             Chief United States District Judge